**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

CITY OF LONG BEACH, on behalf of itself and all others similarly situated,

                Plaintiff,

       v.

TOTAL GAS & POWER NORTH AMERICA, INC.; TOTAL, S.A.; and TOTAL GAS & POWER, LTD.

                Defendants.

---------------------------------------------------------x

Civil Action No. 1:19-cv-08725-LAK

**NOTICE OF DEFENDANT TOTAL GAS & POWER NORTH AMERICA, INC.'S MOTION TO DISMISS**

PLEASE TAKE NOTICE that, upon the filing of the accompanying memorandum of law and the Declaration of Brad Schoenfeldt and the exhibits affixed thereto, Defendant TOTAL Gas & Power North America, Inc. ("TGPNA") will move, by the undersigned counsel, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, on such date and time to be set by the Court, for an order dismissing the Class Action Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that TGPNA requests oral argument in connection with this motion to dismiss.

Dated: November 22, 2019
New York, New York

                          Respectfully submitted,

                          GIBSON, DUNN & CRUTCHER LLP

                          By:  */s/ Brad Schoenfeldt*
                                Brad Schoenfeldt

                          200 Park Avenue, 48th Floor
                          New York, NY 10166-0193
                          Telephone: (212) 351-4000
                          Facsimile: (212) 351-4035
                          Email:  bschoenfeldt@gibsondunn.com

                          William S. Scherman (*pro hac vice pending*)
                          David Debold (*pro hac vice forthcoming*)
                          Jason Fleischer (*pro hac vice pending*)
                          GIBSON, DUNN & CRUTCHER LLP
                          1050 Connecticut Ave. N.W.
                          Washington, D.C. 20036
                          Telephone:  (202) 955-8500
                          Facsimile:  (202) 467-0539
                          wscherman@gibsondunn.com
                          ddebold@gibsondunn.com
                          jfleischer@gibsondunn.com

                          *Attorneys for Defendant TOTAL Gas & Power North America, Inc.*