**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
CITY OF LONG BEACH, on behalf of itself :
and all others similarly situated, :
:
                Plaintiff, :
:
      v. : Civil Action No. 1:19-cv-08725-LAK
:
TOTAL GAS & POWER NORTH :
AMERICA, INC.; TOTAL, S.A.; and TOTAL :
GAS & POWER, LTD. :
:
                Defendants. :
:
------------------------------------------------------------x

## NOTICE OF MOTION TO DISMISS BY DEFENDANTS TOTAL S.A. AND TOTAL GAS & POWER LTD.

      PLEASE TAKE NOTICE that, upon the filing of the accompanying memorandum of law and the Declarations of Thierry Reveau de Cyrières, Simon Binet, and Christopher Gillies, Defendants TOTAL S.A. and TOTAL Gas & Power Ltd. ("TGPL") will move, by the undersigned counsel, before the Honorable Lewis A. Kaplan, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 21B, New York, New York 10007, on such date and time to be set by the Court, for an order dismissing all claims against them under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure.

      PLEASE TAKE FURTHER NOTICE that TOTAL S.A. and TGPL request oral argument in connection with this motion to dismiss.

Dated: February 3, 2020
New York, New York

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Brad Schoenfeldt*
      Brad Schoenfeldt

200 Park Avenue, 48th Floor
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email:  bschoenfeldt@gibsondunn.com

William S. Scherman (*pro hac vice*)
David Debold (*pro hac vice*)
Jason Fleischer (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave. N.W.
Washington, D.C. 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539
wscherman@gibsondunn.com
ddebold@gibsondunn.com
jfleischer@gibsondunn.com

*Attorneys for Defendants TOTAL S.A. and TOTAL Gas & Power Ltd.*