**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CITY OF LONG BEACH, on behalf of itself and all
others similarly situated,

                            Plaintiff,

           -against-

TOTAL GAS & POWER NORTH AMERICA,
INC., TOTAL, S.A., and TOTAL GAS &
POWER, LTD.,

                         Defendants.
------------------------------------------------------------X

19 **CIVIL** 8725 (LAK)

## <u>JUDGMENT</u>

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion dated June 8, 2020, Total S.A.'s and Total Ltd.'s

motion to dismiss [DKT.44] and Total Gas's motion to dismiss [Dkt.26] are granted, all for failure

to state a claim upon which relief may be grated and the first motion on the additional ground of

lack of personal jurisdiction.

**Dated:**  New York, New York
          June 9, 2020

                                   **RUBY J. KRAJICK**
                               _____
                                   **Clerk of Court**
           **BY:**
                                   **Deputy Clerk**