## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CITY OF LONG BEACH, on behalf of itself and all

others similarly situated,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

TOTAL GAS & POWER NORTH AMERICA, INC., TOTAL,

S.A., and TOTAL GAS & POWER, LTD.,

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 8725   ( LAK )(   )

**NOTICE OF APPEAL**

Notice is hereby given that the following parties:  Plaintiff, CITY OF LONG BEACH

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☑ judgment  ☑ order   entered on:   June 8, 2020 and June 9, 2020

(date that judgment or order was entered on docket)

that:   dismissed plaintiff's claims with prejudice as to all defendants for failure to state a claim

for relief, and for lack of jurisdiction as to defendants Total, S.A. and Total Gas & Power, Ltd.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

June 23, 2020

Dated

/s/Solomon B. Cera

Signature*

Cera, Solomon, B.    (additional counsel identified on attached sheet)

Name (Last, First, MI)

595 Market Street, Suite 1350    San Francisco    CA    94105

Address    City    State    Zip Code

(415) 977-2230    scera@cerallp.com

Telephone Number    E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13